[No. 31049-6-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN CHRISTOPHER MANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04116-2, Norma Smith Huggins, J., entered June 11, 1992. *Reversed* by unpublished per curiam opinion.

[No. 31203-1-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HANDEL HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00553-2, Richard M. Ishikawa, J., entered July 20, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 31455-6-I.   Division One.   October 25, 1993.]

CLARENCE MCGLOTHLIN, ET AL, *Appellants*, v. LAUTHEREE GILLESPIE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-08462-9, Norman W. Quinn, J., entered August 7, 1992. *Reversed* by unpublished per curiam opinion.

[No. 32632-5-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS J. SHEEHY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-8-00308-1, Paul D. Hansen, J., entered March 31, 1993. *Reversed* by unpublished per curiam opinion.